THE WILLIAMS LAW FIRM, P.A.
SUITE 600, ONE COMMERCE CENTER
1201 N. ORANGE STREET
P. O. BOX 511
WILMINGTON, DELAWARE 19899-0511

DAVID NICOL WILLIAMS, ESQ.†
JOHN LEGARÉ WILLIAMS, ESQ.*
BRIAN C. CRAWFORD, ESQ.#

STATES OF ADMISSION:
DELAWARE†*#
DIST. OF COL.†
FLORIDA†
MASSACHUSETTS*
NEW JERSEY*#
NEW YORK*
PENNSYLVANIA*

TELEPHONE:
(302) 575-0873
TELECOPIER:
(302) 575-1642
E-MAIL:
dave@trustwilliams.com
john@trustwilliams.com
brian@trustwilliams.com

June 3, 2022

*By U.S. Mail and CM/ECF*
The Honorable Christopher J. Burke
The United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    **Re: George L. Miller, Ch. 7 Trustee v.**
    **SWZ Financial, II LLC et al., 1:21-mc-00527-CJB**

Dear Judge Burke,

    Pursuant to Your Honor's oral order dated May 27, 2022, the parties have reviewed and jointly submit this letter statement advising Your Honor of the status of the above referenced matter.

    This matter comes before this Honorable Court pursuant to 28 U.S.C. § 157(c)(1) from adversary proceeding no. 15-50880-LSS ("Adversary Proceeding") in Case No. 14-10486 (LSS), the Chapter 7 Bankruptcy of United Tax Group, LLC, before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    The Bankruptcy Court has issued proposed findings of fact and conclusions of law [D.I. 1] ("Bankruptcy Court's Findings and Conclusions") with respect to the defendants' motions for summary judgment filed the Adversary Proceeding. There were no objections to the Bankruptcy Court's Findings and Conclusions filed by the deadline imposed by Fed. R. Bankr. P. 903. This matter is ripe for this Honorable Court to enter a final order or judgment after considering the Bankruptcy Court's Findings and Conclusions pursuant to 28 U.S.C. § 157(c)(1).

    Should Your Honor have any questions or concerns, the parties will make themselves available at the convenience of the Court.

                          Respectfully submitted,

                            John L. Williams, DE Bar #4473
                            *Attorney for Defendants*

cc: Daniel K. Astin, Esq., *by e-mail (dastin@ciardilaw.com) and CM/ECF*